# UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF ARIZONA

# Minute Entry

## Hearing Information:

|  |  |
|---|---|
| **Debtor:** | DAVID WROBLEWSKI AND ASSOCIATES LAW CENTER, P.C. |
| **Case Number:** | 2:13-BK-19856-DPC      **Chapter:** 7 |
| **Date / Time / Room:** | THURSDAY, FEBRUARY 18, 2016 01:30 PM   6TH FLOOR #603 |
| **Bankruptcy Judge:** | DANIEL P. COLLINS |
| **Courtroom Clerk:** | RHONDA VAUGHAN |
| **Reporter / ECR:** | KAYLA COLASONT |

## Matters:

1) STATUS HEARING ON IOLTA ACCOUNT AND STATE BAR PROCEEDINGS
   R / M #:   0 / 0

2) Motion for Order Setting Claims Bar Date and Form of Claims Bar Date Notice and Procedure filed by DONALD L. GAFFNEY of SNELL & WILMER L.L.P. on behalf of LOTHAR GOERNITZ, ROBERT A. MacKENZIE, CHAPTER 7 TRUSTEE.
   R / M #:   230 / 0

## Appearances:

DONALD L. GAFFNEY, ATTORNEY FOR ROBERT A. MACKENZIE, CHAPTER 7 TRUSTEE, LOTHAR GOERNITZ
MICHAEL P. LANE, ATTORNEY FOR ROBERT A. MACKENZIE, CHAPTER 7 TRUSTEE, LOTHAR GOERNITZ
DAVID WROBLEWSKI
JOSHUA PARILMAN, ATTORNEY FOR JOSHUA PARILMAN
CHRIS PATTOCK, ATTORNEY FOR U.S. TRUSTEE
JIM LEE, ATTORNEY FOR ARIZONA STATE BAR

Page 1 of 3

Case 2:13-bk-19856-DPC   Doc 269   Filed 02/18/16   Entered 02/22/16 13:57:11   Desc
Main Document     Page 1 of 3                                    02/22/2016   1:56:53PM

# Minute Entry

(continue)... 2:13-BK-19856-DPC        THURSDAY, FEBRUARY 18, 2016 01:30 PM

## *Proceedings:*

Mr. Lane advises Mr. Wroblewski indicated that a prior partial distribution was made and only two of the checks cleared.

Mr. Wrobleswki advises he has accumulated approximately 60% of the remaining addresses that were needed and those will be provided to Mr. Lane. Mr. Wroblewski suggests a continued hearing be set in 60 days to provide him additional time to locate the additional names and addresses.

Mr. Lee advises at this point the State Bar has no intention of assuming the IOLTA account and that is now Mr. Wroblewski's responsibility.

Mr. Gaffney advises a number of the parties did meet and confer, and there was some of reaching a resolution. It was the consensus of the Trustee and creditors that they did want to use the social media methods of providing notice in this case. He thinks it might be possible to reach a resolution on the form of the notice but not the content. He requests the Motion for Order Setting Claims Bar Date be continued to March 1, 2016, and suggests the Court set a bar date in June or July with notices to go out in 45 - 60 days. Prior to that he will circulate a new proposed form of notice and order to the parties who have participated. Mr. Gaffney tells the Court he was advised by Mr. Dichter that he would not be present today, although he did assume someone from Mr. Nussbaum's office would be present.

COURT: IT IS ORDERED SETTING A CONTINUED STATUS HEARING ON THE IOLTA ACCOUNT DISTRIBUTIONS TO APRIL 25, 2016, AT 1:30 P.M.

IT IS FURTHER ORDERED MR. WROBLEWSKI SHALL HAVE UNTIL APRIL 18, 2016, TO SUBMIT A NOTICE/REQUEST FOR THE ISSUANCE OF AN ORDER RELATING TO THE LETTER TO THE IOLTA CLIENTS.

IT IS FURTHER ORDERED SETTING MARCH 1, 2016, AT 10:00 A.M. AS THE CONTINUED HEARING ON THE MOTION FOR ORDER SETTING CLAIMS BAR DATE.

IT IS FURTHER ORDERED SETTING A STATUS HEARING ON THE MEET AND CONFER ON MARCH 1, 2016, AT 10:00 A.M.

**ADVERSARY 14-864 UNDER SEAL**

Mr. Gaffney advises Mr. Wroblewski is a settled party at this point. He asks that all other non-

# UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF ARIZONA

# Minute Entry

(continue)...   2:13-BK-19856-DPC           THURSDAY, FEBRUARY 18, 2016 01:30 PM

parties be excused from the courtroom.

THE COURT ADVISES IF THE TO BE FILED MOTION TO DISMISS COMPLAINT IS FILED THE MOTION WILL BE SET FOR HEARING ON MARCH 1, 2016, AT 10:00 A. M.