**LANE & NACH, P.C.**
2001 East Campbell Avenue
Suite 103
Phoenix, AZ 85016
Telephone No.: (602) 258-6000
Facsimile No.: (602) 258-6003

Michael P. Lane – 007435
Email: michael.lane@lane-nach.com

Attorneys for Lothar Goernitz, Trustee and Robert A. MacKenzie, Trustee

## IN THE UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| In re:<br><br>DAVID WROBLEWSKI & ASSOCIATES LAW CENTER, P.C. and WROBLEWSKI & ASSOCIATES, P.C.,<br><br>Debtors.<br><br>Jointly Administered with:<br><br>PHILLIPS & ASSOCIATES LAW OFFICES, P.C., WROBLEWSKI & ASSOCIATES LAW FIRM, P.C., and DAVID WROBLEWSKI & ASSOCIATES LAW FIRM, P.C.,<br><br>Debtors.<br><br>This pleading applies to:<br><br>☒ All Debtors<br>☐ Specified Debtors | (Chapter 7 Case)<br><br>No.  2:13-bk-19856-DPC<br>       2:13-bk-19931-DPC<br>          (Consolidated)<br><br>No.  2:12-bk-12434-DPC<br>       2:13-bk-19857-DPC<br>       2:13-bk-19991-DPC<br>         (Jointly Administered)<br><br>**CERTIFICATE OF SERVICE** |

I, Sheila Rochin, a paralegal with the law firm of Lane & Nach, P.C., in its capacity as attorneys for Lothar Goernitz, Trustee, and Robert A. MacKenzie, Trustee, hereby certify that on March 14, 2016, I caused a copy of this Court's Order Setting Expedited Hearing on Trustee's Motion for Order Authorizing Secured Destruction of Business Records, Including Client Files [DE 281] to be e-mailed as follows:

| | |
|---|---|
| 1 | Donald Gaffney<br>SNELL & WILMER, L.L.P. |
| 2 | One Arizona Center<br>Phoenix, AZ 85004-2202 |
| 3 | Email: dgaffney@swlaw.com |
| 4 | David Wroblewski |
| 5 | 1051 East Kent Place<br>Chandler, Arizona 85225 |
|  | Email: wro1111@yahoo.com |
| 6 | Steven J. Brown, Esq. |
| 7 | Steve Brown & Associates, LLC |
|  | 1414 East Indian School Rd #200 |
| 8 | Phoenix, AZ 85014-2412<br>Email: sbrown@sjbrownlaw.com |
| 9 | Attorney for Petitioning Creditor Mesa Financial Plaza Investors, LLC |
| 10 | Robert N Brier, Esq.<br>Brier, Irish, Hubbard & Erhart, P.L.C. |
| 11 | 2400 E. Arizona Biltmore Circle, #1300 |
|  | Phoenix, AZ 85016 |
| 12 | Email: bbrier@bihlaw.com<br>Attorney for Petitioning Creditor LBA Realty Fund II-Company V, LLC |
| 13 |  |
|  | Sara R. Witthoft, Esq. |
| 14 | Zwillinger Greek & Knecht PC<br>2425 E. Camelback Road, #600 |
| 15 | Phoenix, AZ 85016 |
|  | Email: switthoft@zglawgroup.com |
| 16 | Attorney for Petitioning Creditor Double Anchor Investments, LLC |
| 17 | Randy Nussbaum, Esq. |
|  | Nussbaum Gillis &Dinner, P.C. |
| 18 | 14850 N. Scottsdale Road, Suite 450<br>Scottsdale, AZ 85254 |
| 19 | Email: rnussbaum@ngdlaw.com |
|  | Attorneys for Jeffrey Phillips |
| 20 |  |
| 21 | Stephen M. Dichter, Esq.<br>Christian Dichter & Sluga, P.C. |
|  | 2700 North Central Avenue, Suite 1200 |
| 22 | Phoenix, AZ 85004<br>Email: sdichter@cdslawfirm.com |
| 23 | Attorneys for Jeffrey Phillips |
| 24 | Terry A. Dake, Esq. |
|  | Terry A. Dake, Ltd. |
| 25 | 11811 N. Tatum Blvd., #3031<br>Phoenix, AZ 85028-1621 |
| 26 | Email: tdake@cox.net |
|  | Attorney for Brian J. Mullen, Trustee |
| 27 |  |
| 28 |  |

| | |
|---|---|
| 1 | James D. Lee, Senior Bar Counsel<br>State Bar of Arizona |
| 2 | 4201 N. 24th Street<br>Suite 100 |
| 3 | Phoenix, AZ 85016-6266<br>Email: james.lee@azbar.org |
| 4 | |
| 5 | Sean D. Stephens, Esq.<br>Law Offices of Sean D. Stephens |
| 6 | 1059 Tenth Avenue<br>San Diego, CA 92101 |
| 7 | Attorney for Parilman<br>Email: sds@stephenslawoffices.com |
| 8 | Allen NewDelman |
| 9 | Allan D. NewDelman, P.C.<br>80 East Columbus |
| 10 | Phoenix, AZ 85012<br>Attorney for Parilman |
| 11 | Email: anewdelman@adnlaw.net |
| 12 | Alan A. Media<br>Burch & Cracchiolo, P.A. |
| 13 | 702 East Osborn Road, Suite 200<br>P.O. Box 16882 |
| 14 | Phoenix, AZ 85011<br>Attorneys for Sandra Oswalt |
| 15 | Email: ameda@bcattorneys.com |
| 16 | Office of the U.S. Trustee<br>230 N. First Avenue, Suite 204 |
| 17 | Phoenix, AZ 85003<br>Email: Jennifer.A.Giaimo@usdoj.gov |
| 18 | Email: Patty.Chan@usdoj.gov<br>Email: Christoner.J.Pattock@usdoj.gov |
| 19 | |
| 20 | DATED: March 15, 2016. |
| 21 | /s/ Sheila Rochin<br>Sheila Rochin |
| 22 | |
| 23 | |
| 24 | |
| 25 | |
| 26 | |
| 27 | |
| 28 | |